174 So.2d 649

**George D. HOWARD**

**v.**

**STATE of Louisiana.**

**No. 47776.**

May 13, 1965.

In re: George D. Howard applying for writ of habeas corpus.

The application is denied. This court will not exercise its authority to issue the writ of habeas corpus unless the district judge of the district in which the relator is in custody be absent, recused or prevented from some cause from acting, to whom application should first be made.

174 So.2d 649

**Cecil M. WILLIAMS**

**v.**

**STATE of Louisiana.**

**No. 47778.**

May 17, 1965.

In re: Cecil M. Williams applying for writ of habeas corpus.

Application denied. This court does not exercise its original habeas corpus jurisdiction in a case of this type. Application for habeas corpus should initially be made to the trial court of competent jurisdiction.

174 So.2d 649

**STATE of Louisiana**

**v.**

**Dawn DeBLANC.**

**No. 47780.**

May 18, 1965.

In re: Dawn DeBlanc applying for writs of certiorari, mandamus and prohibition.

Writs refused. On the showing made we find no error of law in the ruling on the plea to the jurisdiction.

174 So.2d 649

**STATE of Louisiana**

**v.**

**Patrick DUPUIS et al.**

**No. 47783.**

May 18, 1965.

In re: Patrick Dupuis et al. applying for writs of certiorari and prohibition.

The application is denied. The remedy of applicants is to perfect a bill of exceptions to the ruling complained of, and, in the event of conviction, to review their application for writs.